UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Leroy Verne Wimer** )
) Case No. **18−33765−dwh13**
Debtor(s) )
) RECORD OF PROCEEDING
**PennyMac Corp** )
Moving Party ) Judge: **Peter C McKittrick**
)
**Leroy Verne Wimer** ) Docket # of Motion 28
)
Responding Party ) DATE OF HEARING: **02/26/2019**
) x

**K. Sundberg**
**NATHAN FREDERICK**
**JONES SMITH** ____no appearance  **WOLFGANG G SENFT** ____no appearance
Attorney for Moving Party              Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.    ____ Written stipulation (to be) filed.
____ Order based on oral stipulation to be lodged.

**x** Hearing is continued to **3/19** at **1:30** in _____ or **x** telephone hearing for:

   **x** Continued preliminary hearing ____ final hearing **x** stay remains in effect.
   ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
   ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
   ____ Movant waives 30 day rule.
   ____ Noticed in Court. ____ Send notice
____ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____.
   ____ No foreclosure sale before _____.
____ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
   ____ All (post−petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
   ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
   ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
   ____ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
   ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
   ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
   If NO, findings: _____

**x** OTHER: **Parties need to discuss.**

ISSUES TO BE TRIED

____ Is Cure Proposal Realistic?  ____ Amount of arrears  ____ Valuation  ____ Adequate Protection

____ Other(specify) _____